# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2014

149333 & (26)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ESTATE OF MOORY TURNER,
   Plaintiff-Appellee,

v

          SC: 149333
          COA: 319305
          Wayne CC: 13-006256-AV

LAVERN HOLLOWAY,
    Defendant-Appellant.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 5, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2014

h0527

             Clerk